UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOE THOMAS VALLEJO #193724 | CIVIL ACTION NO. 21-cv-147 SEC P |
| VERSUS | CHIEF JUDGE HICKS |
| JULLIAN WHITTINGTON ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Plaintiff's Motion for Answer (Doc. 13) is denied. Plaintiff's case is still under review by the court as part of a screening process that is applied in all similar cases. The defendants are not required to answer until that process is completed and, if ordered by the court, they are served with the complaint.

Plaintiff's Motion for Preliminary Injunction (Doc. 9) is denied as moot. The motion expressed concern about overcrowding and conditions in Bossier Max. Plaintiff has since notified the court (Doc. 12.) that he is now housed in Bossier Medium, which is a different facility. An inmate's transfer to another facility "render[s] his claims for declaratory and injunctive relief moot." Herman v. Holiday, 238 F.3d 660, 665 (5th Cir. 2001); Cooper v. Sheriff, Lubbock County, 929 F.2d 1078, 1084 (5th Cir. 1991).

THUS DONE AND SIGNED in Shreveport, Louisiana, this 11th day of March, 2022.

Mark L. Hornsby
U.S. Magistrate Judge