UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOE THOMAS VALLEJO #193724 | CASE NO. 5:21-CV-00147 SEC P |
| VERSUS | JUDGE EDWARDS, JR. |
| JULLIAN WHITTINGTON, ET AL. | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 32), and after a de novo review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims seeking monetary damages for his allegedly unconstitutional conviction and sentence be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims regarding his detention at the Bossier City Jail and the administrative remedy process at the Bossier Maximum Security Facility be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) and his claims regarding his detention at the Bossier Maximum Security Facility be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**THUS DONE AND SIGNED** in Alexandria, Louisiana, on this 4th day of March 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE